# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| BOB ABRAMS, JANICE SMART, BOB ABRAMS as personal representative for the Estate of VIRGINIA E. ABRAMS, deceased, ANGIE SUNDHAUSEN as personal representative for the Estate of MATTHEW MURPHY, deceased, and ANGIE SUNDHAUSEN as personal representative for the Estate of MARLEEN E. MURPHY, deceased, <br><br> Plaintiffs, <br><br> v. <br><br> FEDEX GROUND PACKAGE SYSTEM, INC., ASLLAN NMI PINO, and HARD DRIVE EXPRESS, INC., <br><br> Defendants. | Docket No.: 3:19-cv-01391-JPG <br><br><br> JUDGE: J. PHIL GILBERT |

## STIPULATION OF DISMISSAL WITH PREJUDICE OF DEFENDANT ASLLAN NMI PINO

COME NOW the parties, by and through undersigned counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), stipulate that all claims and causes of action against Defendant Asllan Nmi Pino are dismissed with prejudice with each party to bear its own costs and that Defendant Asllan Nmi Pino is dismissed with prejudice as a Defendant in this matter.

DATED: May 9, 2022.

                                                                   Respectfully submitted,

                                                                   **MORELLI LAW FIRM, PLLC**

                                                        By:    /s/ Benedict P. Morelli (with permission)
                                                                Benedict P. Morelli, Esq.
                                                                bmorelli@morellilaw.com
                                                                *Admitted Pro Hac Vice*
                                                                David T. Sirotkin, Esq.
                                                                dsirotkin@morellilaw.com
                                                                Perry S. Fallick, Esq.
                                                                pfallick@morellilaw.com

*Admitted Pro Hac Vice*
*Admitted Pro Hac Vice*
Alexander R. Morelli, Esq.
armorelli@morellilaw.com
*Admitted Pro Hac Vice*
Michael S. Schlesinger, Esq.
mschlesinger@morellilaw.com
*Admitted Pro Hac Vice*
777 Third Avenue, 31st Floor
New York, New York 10017
Tel:  (212) 751-9800
Fax: (212) 751-0046

 /s/  David  Cates            (with  permission)
David Cates, #6289198
CATES MAHONEY, LLC
216 West Pointe Drive, Suite A
Swansea, IL 62226
Telephone:     618-277-3644
Facsimile:      618-277-7882
Email:             dcates@cateslaw.com

*Attorneys for Plaintiffs*

**MCANANY, VAN CLEAVE & PHILLIPS**
505 N. 7th Street, Suite 2100
St. Louis, Missouri 63101
Telephone: (314) 621-1133
Facsimile: (314) 621-4405


By: /s/ Byron A. Bowles(with permission)
Byron A Bowles, #6294883 IL
bbowles@mvplaw.com


/s/ Gregory T. Cook
Gregory T. Cook, 6288087 IL
gcook@mvplaw.com


*Attorneys for Defendants*

**MCGUIREWOODS LLP**
Tower Two-Sixty
260 Forbes Avenue, Suite 1800
Pittsburgh, PA 15222-3142
Telephone: (412) 667-7986
Facsimile: (412) 667-7970

By: /s/ Natalie Zagari (with permission)
Natalie Zagari, Admitted *Pro Hac Vice*
Pa. ID No. 316221
nzagari@mcguirewoods.com


**BARTLIT BECK LLP**
54 W. Hubbard Street, Suite 300
Chicago, IL 60654
Telephone: (312) 494-4400
Facsimile: (312) 494-4440

By: /s/ Rebecca Weinstein Bacon (with permission)
Rebecca Weinstein Bacon, #6257492 IL

2

rweinstein.bacon@bartlitbeck.com

/s/ Hamilton H. Hill (with permission)
Hamilton H. Hill, Admitted *Pro Hac Vice*
#6275123 IL
hamilton.hill@bartlitbeck.com

/s/ Luke C. Beasley (with permission)
Luke C. Beasley, Admitted *Pro Hac Vice*
#6334359 IL
luke.beasley@bartlitbeck.com

/s/ Amy R. Gore (with permission)
Amy R. Gore, Admitted *Pro Hac Vice*
#6329733 IL
amy.gore@bartlitbeck.com

***Attorneys for Defendant
FedEx Ground Package System, Inc.***

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a true copy of the foregoing was filed electronically with the Clerk of the Court and served via the Court's electronic filing system this 9th day of May, 2022 to all counsel of record.

                                                                       */s/    Gregory T. Cook*