# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

## MINUTES OF JURY TRIAL

**DATE:** May 18, 2022     **DAY:** 3     **CASE NO.** 19-cv-1391-JPG

**PRESIDING:**   HONORABLE J. PHIL GILBERT

| | |
|---|---|
| **BOB ABRAMS, et al.,** | **COURT REPORTER:** Amy Richardson |
| **Plaintiffs,** | **COURTROOM DEPUTY:** Tina Gray |
| vs. | **CONVENED:** 8:30 AM <br> **ADJOURNED:** 9:00 AM |
| **FEDEX GROUND PACKAGE SYSTEM, INC., et al.,** | **CIVIL:** X |
| **Defendants.** | |

**Counsel for Plaintiff:** Benedict P. Morelli, Alexander Morelli, David T. Sirotkin, Michael Scott Schlesinger, David I. Cates and Perry Fallick

**Counsel for Defendants:** Gregory T. Cook, Amy Rachel Gore, Byron A. Bowles, Hamilton H. Hill, Luke Beasley and Rebecca W. Bacon

**Parties indicate to the Court that they have reached a settlement in this matter.**

**The Court finds Plaintiffs Motions (docs. 166 and 178) and Defendants Motion (doc 174) as Moot.**