# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS

|  |  |
|---|---|
| BOB ABRAMS, et al., | Case number 19-cv-1391-JPG |
| Plaintiffs, | |
| vs. | |
| FEDEX GROUND PACKAGE SYSTEM INC., et al., | |
| Defendants. | |

### STIPULATION FOR RELEASE OF EXHIBITS

It is hereby stipulated by and between plaintiff and defendant, through their respective attorneys, that the exhibits tendered in the above-styled matter be released to the care, custody, and control of the attorney of record for each party, until final judgment, appeal, or motion for new trial has passed.

It is further stipulated that the undersigned attorneys are designated as custodians of the exhibits listed on the attached Exhibit List, and that upon request of the Clerk of Court, they shall deliver said exhibit(s) to the Clerk forthwith.

_____
Benedict P. Morelli, Attorney for Plaintiffs
David Sirotkin

_____
Rebecca W. Bacon, Attorney for Defendants

Dated: May 18, 2022