IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

BOB ABRAMS, et al.,

Plaintiffs,

v.

Case No. 19-cv-1391 JPG

FEDEX GROUND PACKAGE SYSTEM, INC., *et al.*,

Defendants.

## JUDGMENT

The Court having been advised by counsel for the parties that the above action has been settled;

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice and without costs.

**Dated: 8/22/2022**  MONICA A. STUMP, Clerk of Court

s/Tina Gray, Deputy Clerk

**Approved:**  *s/J. Phil Gilbert*
**J. PHIL GILBERT**
**DISTRICT JUDGE**